IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SHANNON ACKLEY et al<br><br>v.<br><br>THE CHEESECAKE FACTORY RESTAURANTS, INC. et al | CIVIL ACTION<br><br>NO. 20-5983 |
|---|---|

### ORDER RE MOTION TO DISMISS AND COMPEL ARBITRATION

**AND NOW**, this 26th day of July, 2021, after careful consideration of Defendants' Motion to Dismiss and Compel Arbitration (ECF 9, 10), Plaintiffs' Response (ECF 15), and Defendants' Reply (ECF 17), for the reasons stated in the attached memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss and Compel Arbitration is **GRANTED**. This dispute shall proceed to arbitration and is stayed until completion of the arbitration process or further Order of the Court.

BY THE COURT:

s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-5983 Ackley v. The Cheesecake Factory et al\20-5983 Order Re Arbitration.docx